NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30178 |
| Plaintiff-Appellee, | D.C. No. 6:15-cr-00007-DWM-1 |
| v. | |
| CARRI ROBERTSON, | ORDER* |
| Defendant-Appellant. | |

On Remand from the United States Supreme Court

Before: McKEOWN and GOULD, Circuit Judges, and ROTHSTEIN,** District Judge.

Appellant Carri Robertson's Motion to Abate Convictions and Restitution Sentence Ab Initio is **GRANTED.**

We **REMAND** to the district court with direction to **VACATE** the indictment, the judgment of conviction, the sentence, the special fee assessment, and the Restitution Order.

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The Honorable Barbara Jacobs Rothstein, United States District Judge for the Western District of Washington, sitting by designation.